No. 614. COLUMBIA CHEESE CO. ET AL. *v.* McNUTT, FEDERAL SECURITY ADMINISTRATOR. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin A. Fromer* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for respondent.

No. 615. JASPER CHAIR CO. *v.* NATIONAL LABOR RELATIONS BOARD. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Isidor Kahn* and *Douglas L. Hatch* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr.* and *Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 618. NEW SOUTHERN OHIO GAS CO. ET AL. *v.* ROUSH ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Chalmers M. Parker* for petitioners. *Mr. Arthur L. Rowe* for respondents.

No. 626. DERRICK ET AL. *v.* CITY COUNCIL OF AUGUSTA ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lansing B. Lee* for petitioners.

No. 627. CHARLESTON TRANSIT CO. ET AL. *v.* STERLING NATIONAL BANK & TRUST CO., TRUSTEE. February 28, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Robert S. Spilman* for petitioners.